UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A TOUCH OF COUNTRY MAGIC, LLC | ) | Chapter 11 |
| | ) | Case No. 15-20487-jrs |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
<u>OF PAPERS AND RESERVATION OF RIGHTS</u>**

PLEASE TAKE NOTICE that the following hereby appears as counsel for Carol Tucker ("C. Tucker") and under, *inter alia*, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon them:

J. Robert Williamson
Scroggins & Williamson, P.C.
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, motion, petition, plan, disclosure statement, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case,

including C. Tucker, with respect to, *inter alia*, the following: (a) the Debtor; or (b) property of the estate or proceeds thereof in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the Debtor may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by C. Tucker.

PLEASE TAKE FURTHER NOTICE that C. Tucker intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) the right of C. Tucker to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) the right of C. Tucker to trial by jury in any proceeding so triable in this case; (3) the right of C. Tucker to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, and defenses to which C. Tucker is or may be entitled, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, and defenses C. Tucker expressly reserves.

This 13th day of April 2015.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
T:  (404) 893-3880           /s/ J. Robert Williamson
F:  (404) 893-3886          J. ROBERT WILLIAMSON
E:  rwilliamson@swlawfirm.com    Georgia Bar No. 765214

*Counsel for Carol Tucker*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing **Notice of Appearance, Request for Service of Papers and Reservation of Rights** by causing same to be deposited in the United States Mail with adequate postage affixed thereon and addressed to the following persons:

Office of the United States Trustee
75 Spring Street, SW
362 Richard B. Russell Federal Building
Atlanta, GA  30303

Frank W. DeBorde
Lisa Wolgast
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326

Joseph D. Cooley, III
Hulsey, Oliver & Mahar, LLP
P.O. Box 1457
Gainesville, GA 30503

G. Frank Nason, IV
3343 Peachtree Road NE, Suite 550
Atlanta, Georgia 30326

This 13th day of April, 2015.

SCROGGINS & WILLIAMSON, P.C.

1500 Candler Building
127 Peachtree Street, N.E.                         /s/ J. Robert Williamson
Atlanta, GA 30303                                  J. ROBERT WILLIAMSON
T:  (404) 893-3880                                 Georgia Bar No. 765214
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com                      *Counsel for Carol Tucker*