**IT IS ORDERED as set forth below:**



Date: April 21, 2015

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-20487-jrs |
| | : | |
| A TOUCH OF COUNTRY MAGIC, LLC, | : | CHAPTER 11 |
| | : | |
| Debtor | : | |

**ORDER APPROVING EMPLOYMENT OF
LAMBERTH, CIFELLI, ELLIS & NASON, P.A.
AS COUNSEL FOR DEBTOR**

A Touch of Country Magic, LLC, debtor and debtor in possession in the above-styled chapter 11 case (the "Debtor"), filed a voluntary Chapter 11 petition on March 5, 2015 (the "Petition Date"). The Debtor filed an application (the "Application") for approval of employment of Lamberth, Cifelli, Ellis & Nason, P.A. ("LCEN"), 3343 Peachtree Road, NE, Suite 550, Atlanta, Georgia 30326-1009, (404) 262-7373, as counsel for the Debtor.

More than twenty-one (21) days have passed since the filing of the Application, and there have been no objections to the employment of LCEN as counsel for the Debtor. The Court

further finds that the attorneys are qualified to represent the Debtor and that they represent no interest adverse to the Debtor or the estate in the matters upon which they are to be engaged, and that their employment is necessary. Accordingly, it is herewith

**ORDERED** that the Application is **GRANTED**, and the employment by the Debtor of LCEN is hereby authorized and approved for the purposes specified in said Application effective as of the Petition Date. No compensation or expense reimbursement from the estate is authorized hereunder except as provided by Bankruptcy Code §§ 330 and 331, on order of this Court following application, notice, and hearing.

** END OF DOCUMENT **

**Prepared and presented by:**
LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
Counsel for the Debtor


By: /s/ *G. Frank Nason, IV*
    G. Frank Nason, IV
    Georgia Bar No. 535160
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326-1022
(404) 262-7373

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326

James H. Morawetz, Office of the United States Trustee, 362 Richard Russell Building, 75 Spring Street, S.W., Atlanta, GA 30303

460000