**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: A TOUCH OF COUNTRY MAGIC, LLC | § § § § | Case No. 15-20487-JRS |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Albert Nasuti, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $723,170.57 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $285,342.59 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $185,484.00 | | |

3) Total gross receipts of $620,826.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $150,000.00 (see **Exhibit 2**), yielded net receipts of $470,826.59 from the liquidation of the property of the estate, which was distributed as follows:

|                                                                 | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,495,802.00 | $285,342.59 | $285,342.59 | $285,342.59 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $281,102.77 | $276,861.62 | $185,484.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $38,530.92 | $38,530.92 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $512,000.00 | $6,963,672.66 | $6,963,672.66 | $0.00 |
| **TOTAL DISBURSEMENTS** | $4,007,802.00 | $7,568,648.94 | $7,564,407.79 | $470,826.59 |

      4) This case was originally filed under chapter 11 on 03/05/2015, and it was converted to chapter 7 on 05/27/2015.  The case was pending for 54 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/25/2019  By: /s/ Albert Nasuti
Trustee, Bar No.: 535209

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Refund from State Agricultural Society | 1229-000 | $1,242.35 |
| Adversary Proceeding No. 15-02094-jrs | 1141-000 | $6,000.00 |
| Adversary proceeding No. 15-02091-jrs | 1141-000 | $35,000.00 |
| Adversary proceeding No. 15-02088-jrs | 1141-000 | $2,000.00 |
| Adversary Proceeding No. 15-02089-jrs | 1141-000 | $15,000.00 |
| Furniture and fixtures | 1129-000 | $138,000.00 |
| Earnest money deposit for sale of Assets ##5, 6, and 7 received from Willow Group, Ltd. | 1180-000 | $150,000.00 |
| Inventory | 1129-000 | $225,000.00 |
| Adversary Proceeding No. 15-02090-jrs | 1141-000 | $1,800.00 |
| Vehicles | 1129-000 | $12,000.00 |
| Retainer held by DIP Counsel, Lamberth, Cifelli, | 1129-000 | $24,784.24 |
| Transfer to David Tucker | 1141-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$620,826.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Willow Group | Refund of earnest money for sale of Debtor's assets (Assets ##5,6,7) | 8500-000 | $150,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$150,000.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quad-C Funding, LLC | 4210-000 | NA | $12,784.24 | $12,784.24 | $12,784.24 |
| | Quad-C Funding, LLC | 4210-000 | NA | $266,998.65 | $266,998.65 | $266,998.65 |
| | South State Bank | 4210-000 | NA | $5,559.70 | $5,559.70 | $5,559.70 |
| N/F | Quad-C Funding, LLC-DIP | 4210-000 | $2,395,802.00 | NA | NA | NA |
| N/F | South State Bank | 4210-000 | $1,100,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$3,495,802.00** | **$285,342.59** | **$285,342.59** | **$285,342.59** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Albert F. Nasuti, Trustee | 2100-000 | NA | $26,791.33 | $26,791.33 | $26,791.33 |
| Trustee, Expenses - Albert F. Nasuti, Trustee | 2200-000 | NA | $856.38 | $856.38 | $856.38 |
| Attorney for Trustee Fees - Thompson, O'Brien, Kemp & Nasuti, PC | 3110-000 | NA | $183,624.15 | $179,383.00 | $88,005.38 |
| Attorney for Trustee, Expenses - Thompson, O'Brien, Kemp & Nasuti, PC | 3120-000 | NA | $1,916.00 | $1,916.00 | $1,916.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $2,815.00 | $2,815.00 | $2,815.00 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,183.07 | $3,183.07 | $3,183.07 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics, LLC | 3410-000 | NA | $10,678.50 | $10,678.50 | $10,678.50 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics, LLC | 3420-000 | NA | $320.74 | $320.74 | $320.74 |
| Financial Consultant for Trustee Fees - Triton Capital Partners, Ltd. | 3731-420 | NA | $49,015.83 | $49,015.83 | $49,015.83 |
| Financial Consultant for Trustee Expenses - Triton Capital Partners, Ltd. | 3732-430 | NA | $1,251.77 | $1,251.77 | $1,251.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $281,102.77 | $276,861.62 | $185,484.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | INTERNAL REVENUE SERVICE | 5800-000 | NA | $38,410.71 | $38,410.71 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 11P | ALLIED TRANSPORT SYSTEM USA INC. | 5800-000 | NA | $120.21 | $120.21 | $0.00 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $38,530.92 | $38,530.92 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SOUTH STATE BANK f/k/a SCBT d/b/a CBT Joseph D. Cooley Hulsey, Oliver & Mahar, LLP | 7100-000 | NA | $544,076.30 | $544,076.30 | $0.00 |
| 2U | INTERNAL REVENUE SERVICE | 7300-000 | NA | $8,181.54 | $8,181.54 | $0.00 |
| 3 | James-Bates-Brannan-Groover-LLP | 7100-000 | NA | $3,427.50 | $3,427.50 | $0.00 |
| 4 | United Parcel Service c/o Receivable Management Services ("RMS | 7100-000 | NA | $16,531.26 | $16,531.26 | $0.00 |
| 5 | Moore, Ingram, Joonson & Steele c/o Sheena Ridenhour Emerson Overlook | 7100-000 | NA | $34,421.84 | $34,421.84 | $0.00 |
| 6 | KNUD NIELSEN COMPANY, INC. C/O WILL NIELSEN | 7100-000 | $35,000.00 | $23,028.00 | $23,028.00 | $0.00 |
| 8 | FedEx TechConnect, Inc. Attn: Revenue Recovery/Bankruptcy | 7100-000 | NA | $13,335.25 | $13,335.25 | $0.00 |
| 9 | CLARITY FRAGRANCES, LLC | 7100-000 | $120,000.00 | $104,048.68 | $104,048.68 | $0.00 |
| 10 | PRECISION CORR LLC | 7100-000 | $122,000.00 | $134,882.11 | $134,882.11 | $0.00 |
| 11U | ALLIED TRANSPORT SYSTEM USA INC. | 7100-000 | NA | $8,574.63 | $8,574.63 | $0.00 |
| 12 | Quad-C Funding, LLC-DIP c/o Howe and Asso | 7100-000 | NA | $2,767,022.37 | $2,767,022.37 | $0.00 |
| 14 | GE Capital Information Technology Solutions Inc. ATTN: Bankruptcy Administration | 7100-000 | NA | $3,203.67 | $3,203.67 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GE Capital Information Technology Solutions Inc. ATTN: Bankruptcy Administration | 7100-000 | NA | $1,168.68 | $1,168.68 | $0.00 |
| 16 | Quad-C Limited c/o Lisa Wolgast Morris, Manning & Martin, LLP | 7100-000 | NA | $3,296,450.83 | $3,296,450.83 | $0.00 |
| 17 | Michael Mixon & Associates CPAs | 7200-000 | NA | $5,320.00 | $5,320.00 | $0.00 |
| N/F | Medallion International, Inc. | 7100-000 | $55,000.00 | NA | NA | NA |
| N/F | North Georgia Label | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Symrise, Inc. | 7100-000 | $155,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$512,000.00** | **$6,963,672.66** | **$6,963,672.66** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-20487-JRS | Trustee Name: | (300052) Albert Nasuti |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Date Filed (f) or Converted (c): | 05/27/2015 (c) |
|  |  | § 341(a) Meeting Date: | 07/06/2015 |
| For Period Ending: | 11/25/2019 | Claims Bar Date: | 09/16/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | United Community Bank (credit card account) #960 (See Footnote) | 4,500.00 | 0.00 |  | 0.00 | FA |
| 2* | Accounts receivable (at 3/31/15) (See Footnote) | 25,179.61 | 0.00 |  | 0.00 | FA |
| 3* | Due from Factoring Specialist (See Footnote) | 1,488.42 | 0.00 |  | 0.00 | FA |
| 4 | Potential claims against John Fontana and Walden | Unknown | 0.00 |  | 0.00 | FA |
| 5 | Vehicles | 15,000.00 | 11,000.00 |  | 12,000.00 | FA |
| 6* | Furniture and fixtures (See Footnote) | 6,000.00 | 0.00 |  | 138,000.00 | FA |
| 7* | Inventory (See Footnote) | 245,698.32 | 0.00 |  | 225,000.00 | FA |
| 8* | Transfer to David Tucker<br>($225,000 transferred into Wells Fargo and used as set forth in Attachment 10. These payments may also be includible in response to Q3(b) and 3(c)) (See Footnote) | 225,000.00 | 259,000.00 |  | 10,000.00 | FA |
| 9* | Possible preference payments and fraudulent<br>transfers including those identified on SOFA Question 3 (Docket No. 38). (See Footnote) | 692,002.54 | 434,000.00 |  | 0.00 | FA |
| 10* | Retainer held by DIP Counsel, Lamberth, Cifelli,<br>Ellis & Nason, P.A. as listed on SOFA Question 9 (Docket No. 38) (See Footnote) | 65,000.00 | 12,000.00 |  | 24,784.24 | FA |
| 11 | Insurance Refund from State Agricultural Society (u) | 0.00 | 1,242.35 |  | 1,242.35 | FA |
| 12* | Adversary proceeding No. 15-02086-jrs (See Footnote) | 0.00 | 30,000.00 |  | 0.00 | FA |
| 13* | Adversary proceeding No. 15-02087-jrs (See Footnote) | 0.00 | 14,000.00 |  | 0.00 | FA |
| 14* | Adversary proceeding No. 15-02088-jrs (See Footnote) | 0.00 | 9,000.00 |  | 2,000.00 | FA |
| 15* | Adversary Proceeding No. 15-02089-jrs (See Footnote) | 0.00 | 61,000.00 |  | 15,000.00 | FA |
| 16* | Adversary Proceeding No. 15-02090-jrs (See Footnote) | 0.00 | 18,000.00 |  | 1,800.00 | FA |
| 17* | Adversary Proceeding No. 15-02094-jrs (See Footnote) | 0.00 | 8,000.00 |  | 6,000.00 | FA |
| 18* | Adversary proceeding No. 15-02091-jrs (See Footnote) | 0.00 | 0.00 |  | 35,000.00 | FA |
| 19* | Adversary Proceeding No. 15-02085 (See Footnote) | 0.00 | 0.00 |  | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 15-20487-JRS | Trustee Name: | (300052) Albert Nasuti |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Date Filed (f) or Converted (c): | 05/27/2015 (c) |
| | | § 341(a) Meeting Date: | 07/06/2015 |
| For Period Ending: | 11/25/2019 | Claims Bar Date: | 09/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19  Assets Totals (Excluding unknown values) | $1,279,868.89 | $857,242.35 | | $470,826.59 | $0.00 |

| | |
|---|---|
| RE PROP# 1 | Asset pledged as collateral to Quad-C Funding, LLC-DIP and South State Bank, f/k/a SCBT, d/b/a CBT, a Division of SCBT (creditors listed not in the order of lien priorities and without statement by the Trustee of the lien priorities). |
| RE PROP# 2 | Asset pledged as collateral to Quad-C Funding, LLC-DIP and South State Bank, f/k/a SCBT, d/b/a CBT, a Division of SCBT (creditors listed not in the order of lien priorities and without statement by the Trustee of the lien priorities). |
| RE PROP# 3 | Asset pledged as collateral to Quad-C Funding, LLC-DIP and South State Bank, f/k/a SCBT, d/b/a CBT, a Division of SCBT (creditors listed not in the order of lien priorities and without statement by the Trustee of the lien priorities). |
| RE PROP# 6 | Asset pledged as collateral to Quad-C Funding, LLC-DIP and South State Bank, f/k/a SCBT, d/b/a CBT, a Division of SCBT (creditors listed not in the order of lien priorities and without statement by the Trustee of the lien priorities). |
| RE PROP# 7 | Asset pledged as collateral to Quad-C Funding, LLC-DIP and South State Bank, f/k/a SCBT, d/b/a CBT, a Division of SCBT (creditors listed not in the order of lien priorities and without statement by the Trustee of the lien priorities). |
| RE PROP# 8 | Listed on SOFA Question 10 (Docket No. 38) This asset is a part of the adversary proceeding No. 15-02085-jrs, 15-02086, and 15-02087 - all three adversaries are settled by a global settlement - Settlement approved on 4/17/17 (Adv. Docket No. 29). Until the settlement funds are paid in full, the Trustee shall keep all three adversary proceedings open. The gross value of remaining assets for Assets ##12, 13, and 19 is reflected on Asset #8. Per Order on Motion to Modify Settlement of 4/30/19 resolving of AP #15-02089 (Main Case Docket No. 155; Adv. No. 15-02085 Docket No. 32), new approved modified settlement amount is $10,000. |
| RE PROP# 9 | Per SOFA Question 3(b) - $663,025.22; per SOFA Question 3(c) - $28,977.32 (Docket No. 38) |
| RE PROP# 10 | Per Final Application of DIP Counsel for Compensation (Docket No. 56), DIP Counsel paid $1,717 (Chapter 11 filing fee) and $10,000 (Broker retainer payable to Triton Capital Partners, Ltd.) from the $65,000 retainer; DIP Counsel requests compensation of $28,403 and expenses of $95.76 to be applied to the remaining $53,283 retainer. Hearing on the Application is set for 6/3/15. If the Application is granted, the Estate wll receive $24,784.24 in unused retainer. Quad-C asserts security interest in the unused retainer as collateral for its lien - a portion is turned over to the secured creditor as approved per Order of 6/12/15 (Docket No. 83). |
| RE PROP# 12 | This asset is a part of the adversary proceeding No. 15-02085-jrs, 15-02086, and 15-02087 - all three adversaries are settled by a global settlement - Settlement approved on 4/17/17 (Adv. Docket No. 29). Per Order on Motion to Modify Settlement of 4/30/19 resolving of AP #15-02089 (Main Case Docket No. 155; Adv. No. 15-02085 Docket No. 32), new approved modified settlement amount is $10,000. Settlement payment is reflected on Asset No. 8 |
| RE PROP# 13 | This asset is a part of the adversary proceeding No. 15-02085-jrs, 15-02086, and 15-02087 - all three adversaries are settled by a global settlement - Settlement approved on 4/17/17 (Adv. Docket No. 29). Per Order on Motion to Modify Settlement of 4/30/19 resolving of AP #15-02089 (Main Case Docket No. 155; Adv. No. 15-02085 Docket No. 32), new approved modified settlement amount is $10,000. Settlement payment is reflected on Asset No. 8 |
| RE PROP# 14 | #15-02088 - adversary proceeding closed on 6/13/17 |
| RE PROP# 15 | #15-02089 - Settlement approved on 3/14/17 (Adv. Docket No. 30) |
| RE PROP# 16 | #15-02090 - adversary proceeding closed on 6/13/17 |
| RE PROP# 17 | #15-02094 - adversary proceeding closed on 5/11/16 |
| RE PROP# 18 | #15-02091 - adversary proceeding closed on 6/13/17 - net value reflected on Asset No. 9 |
| RE PROP# 19 | This asset is a part of the adversary proceeding No. 15-02085-jrs, 15-02086, and 15-02087 - all three adversaries are settled by a global settlement - Settlement approved on 4/17/17 (Adv. Docket No. 29). Per Order on Motion to Modify Settlement of 4/30/19 resolving of AP #15-02089 (Main Case Docket No. 155; Adv. No. 15-02085 Docket No. 32), new approved modified settlement amount is $10,000. Settlement payment is reflected on Asset No. 8 |

**Major Activities Affecting Case Closing:**

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2017 | Current Projected Date Of Final Report (TFR): | 06/25/2019 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 15-20487-JRS | Trustee Name: | Albert Nasuti (300052) |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Bank Name: | Mechanics Bank |
| | | Account #: | ******6666 Checking Account |
| Taxpayer ID #: | **-***5900 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/11/15 | {10} | Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. | Unused retainer turned over after application of DIP Counsel's fees and expenses against the retainer (as detailed in DIP Counsel's Application of 5/7/15 (Docket No. 56) | 1129-000 | 24,784.24 | | 24,784.24 |
| 06/15/15 | {7} | TOCM, LLC | Sale proceeds for sale of Debtor's assets - per Order on Motion to Sell of 6/12/15 (Docket No. 83) | 1129-000 | 225,000.00 | | 249,784.24 |
| 06/15/15 | | From Account #******6667 | Transfer of earnest money after closing | 9999-000 | 150,000.00 | | 399,784.24 |
| 06/15/15 | 101 | Quad-C Funding, LLC | Turnover of part of unused pre-petition retainer to secured lender as collateral for its lien - as approved per Order of 6/12/15 (Docket No. 83) | 4210-000 | | 12,784.24 | 387,000.00 |
| 06/15/15 | 102 | Triton Capital Partners, Ltd. | Payment of fees and commission to Financial and Sale Consultant as approved by Order of 6/12/15 (Docket No. 83) | 3731-420 | | 49,015.83 | 337,984.17 |
| 06/15/15 | 103 | Triton Capital Partners, Ltd. | Reimbursement of expenses to Financial and Sale Consultant as approved by Order of 6/12/15 (Docket No. 83) | 3732-430 | | 1,251.77 | 336,732.40 |
| 06/15/15 | 104 | South State Bank | Payment of net proceeds to secured lender for sale of equipment - as approved by Order of 6/12/15 (Docket No. 83) | 4210-000 | | 5,559.70 | 331,172.70 |
| 06/15/15 | 105 | Albert F. Nasuti, Trustee | Payment of Trustee's commission on sale of Debtor's assets as approved by Order of 6/12/15 (Docket No. 83) | 2100-000 | | 22,000.00 | 309,172.70 |
| 06/15/15 | 106 | Thompson, O'Brien, Kemp & Nasuti, PC | Payment of Attorney for Trustee fees for sale of Debtor's assets - as approved by Order of 6/12/15 (Docket No. 83) | 3110-000 | | 20,000.00 | 289,172.70 |
| 06/15/15 | 107 | Thompson, O'Brien, Kemp & Nasuti, PC | Reimbursement of expenses to Attorney for Trustee for sale of Debtor's assets - as approved by Order of 6/12/15 (Docket No. 83) | 3120-000 | | 655.09 | 288,517.61 |
| 06/15/15 | 108 | Quad-C Funding, LLC | Payment of net proceeds to secured lender for sale of Debtor's assets - as approved by Order of 6/12/15 (Docket No. 83) | 4210-000 | | 266,998.65 | 21,518.96 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.73 | 21,340.23 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.13 | 21,302.10 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.61 | 21,272.49 |
| 09/01/15 | {11} | State Agricultural Society | Insurance Refund | 1229-000 | 1,242.35 | | 22,514.84 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.36 | 22,480.48 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.33 | 22,448.15 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.20 | 22,416.95 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.46 | 22,381.49 |

Page Subtotals:    $401,026.59    $378,645.10

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 15-20487-JRS | Trustee Name: | Albert Nasuti (300052) |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Bank Name: | Mechanics Bank |
| | | Account #: | ******6666 Checking Account |
| Taxpayer ID #: | **-***5900 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 22,350.46 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.98 | 22,319.48 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.21 | 22,284.27 |
| 04/11/16 | {17} | The Lebermuth Company, Inc. | Settlement funds for resolution of Adversary Proceeding against Lebermuth Co. (AP #15-02094) per Order of 4/4/16 (Docket No. 124; Adv. Docket No. 5) | 1141-000 | 6,000.00 | | 28,284.27 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.06 | 28,248.21 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.16 | 28,209.05 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.51 | 28,164.54 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.05 | 28,125.49 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.37 | 28,081.12 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.27 | 28,040.85 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.88 | 28,001.97 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.84 | 27,959.13 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.10 | 27,919.03 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.82 | 27,876.21 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.42 | 27,838.79 |
| 03/09/17 | {18} | Arrow Lines Services, Inc. | Settlement funds per Order resolving AP #15-02091 of 3/2/17 (Main Case Docket No. 136; AP Docket No. 33) | 1141-000 | 35,000.00 | | 62,838.79 |
| 03/21/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - first payment of $4,000 (total settlement $15,000) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 4,000.00 | | 66,838.79 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.21 | 66,758.58 |
| 04/14/17 | {14} | Metro Bag LLC | Settlement funds to resolve AP No. 15-02088 against Metro Bag & Packaging - as approved per Order of 3/2/17 (Adv. Docket No. 25; Main Case Docket No. 135)) | 1141-000 | 2,000.00 | | 68,758.58 |
| 04/25/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - 1 of 11 installment payments (total settlement $15,000; $4,000 paid; $11,000 payable in 11 intallments) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 1,000.00 | | 69,758.58 |

Page Subtotals:     $48,000.00     $622.91

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 3

| Case No.: | 15-20487-JRS | Trustee Name: | Albert Nasuti (300052) |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Bank Name: | Mechanics Bank |
| | | Account #: | ******6666 Checking Account |
| Taxpayer ID #: | **-***5900 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.10 | 69,667.48 |
| 05/08/17 | {16} | North Georgia Label | Settlement funds per Order resolving AP #15-02090 of 4/25/17 (Main Case Docket No. 148; AP Docket No. 23) | 1141-000 | 1,800.00 | | 71,467.48 |
| 05/25/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - 2 of 11 installment payments (total settlement $15,000; $4,000 paid; $11,000 payable in 11 intallments) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 1,000.00 | | 72,467.48 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.49 | 72,354.99 |
| 06/27/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - 3 of 11 installment payments (total settlement $15,000; $4,000 paid; $11,000 payable in 11 intallments) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 1,000.00 | | 73,354.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.21 | 73,250.78 |
| 07/11/17 | {8} | Scroggins & Williamson | Settlement funds - first payment of $1,000 (total settlement $20,000 with full balance due by 1/30/18) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 146; Adv. No. 15-02085 Docket No. 29) | 1141-000 | 1,000.00 | | 74,250.78 |
| 07/20/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - 4 of 11 installment payments (total settlement $15,000; $4,000 paid; $11,000 payable in 11 intallments) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 1,000.00 | | 75,250.78 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.14 | 75,147.64 |
| 08/24/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - 5 of 11 installment payments (total settlement $15,000; $4,000 paid; $11,000 payable in 11 intallments) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 1,000.00 | | 76,147.64 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.24 | 76,028.40 |
| 09/27/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - 6 of 11 installment payments (total settlement $15,000; $4,000 paid; $11,000 payable in 11 intallments) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 1,000.00 | | 77,028.40 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.70 | 76,922.70 |

Page Subtotals:     $7,800.00     $635.88

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 15-20487-JRS | Trustee Name: | Albert Nasuti (300052) |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Bank Name: | Mechanics Bank |
| | | Account #: | ******6666 Checking Account |
| Taxpayer ID #: | **-***5900 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/24/17 | {15} | Pinnacle Resource, LLC dba Pinecones of the Northwest | Settlement funds - final payment (7-11 of 11 installment payments) (total settlement $15,000; $4,000 paid; $11,000 payable in 11 intallments) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 140; Adv. No. 15-02089 Docket No. 30) | 1141-000 | 5,000.00 | | 81,922.70 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 119.69 | 81,803.01 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 117.66 | 81,685.35 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 113.57 | 81,571.78 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 129.05 | 81,442.73 |
| 02/20/18 | {8} | Scroggins & Williamson | Settlement funds - installment payment of settlement funds (total settlement $20,000; new balance - $18,000) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 146; Adv. No. 15-02085 Docket No. 29) | 1141-000 | 1,000.00 | | 82,442.73 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.66 | 82,333.07 |
| 03/12/18 | {8} | Scroggins & Williamson | Settlement funds - installment payment of settlement funds (total settlement $20,000; new balance - $17,000) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 146; Adv. No. 15-02085 Docket No. 29) | 1141-000 | 1,000.00 | | 83,333.07 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 119.23 | 83,213.84 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 115.70 | 83,098.14 |
| 05/25/18 | {8} | Scroggins & Williamson | Settlement funds - installment payment of settlement funds (total settlement $20,000; new balance - $16,000) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 146; Adv. No. 15-02085 Docket No. 29) | 1141-000 | 1,000.00 | | 84,098.14 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 131.77 | 83,966.37 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 116.74 | 83,849.63 |
| 07/30/18 | {8} | Scroggins & Williamson | Settlement funds - installment payment of settlement funds (total settlement $20,000; new balance - $15,000) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 146; Adv. No. 15-02085 Docket No. 29) | 1141-000 | 1,000.00 | | 84,849.63 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 128.69 | 84,720.94 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 125.91 | 84,595.03 |

Page Subtotals:   $9,000.00   $1,327.67

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 15-20487-JRS | Trustee Name: | Albert Nasuti (300052) |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Bank Name: | Mechanics Bank |
| | | Account #: | ******6666 Checking Account |
| Taxpayer ID #: | **-***5900 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/17/18 | {8} | Scroggins & Williamson | Settlement funds - installment payment of settlement funds (total settlement $20,000; new balance - $12,000) - per Order of 3/13/17 resolving of AP #15-02089 (Main Case Docket No. 146; Adv. No. 15-02085 Docket No. 29) | 1141-000 | 3,000.00 | | 87,595.03 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.79 | 87,529.24 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.13 | 87,450.11 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.87 | 87,378.24 |
| 05/07/19 | {8} | Scroggins & Williamson | Settlement funds - final payment of settlement funds (total settlement $10,000; new balance - $0) - per Order on Motion to Modify Settlement of 4/30/19 resolving of AP #15-02089 (Main Case Docket No. 155; Adv. No. 15-02085 Docket No. 32) | 1141-000 | 2,000.00 | | 89,378.24 |
| 06/12/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******2665 | Transition Debit to Metropolitan Commercial Bank acct 3910052665 | 9999-000 | | 89,378.24 | 0.00 |
| | | **COLUMN TOTALS** | | | 470,826.59 | 470,826.59 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 150,000.00 | 89,378.24 | |
| | | **Subtotal** | | | 320,826.59 | 381,448.35 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$320,826.59** | **$381,448.35** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 15-20487-JRS | Trustee Name: | Albert Nasuti (300052) |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Bank Name: | Mechanics Bank |
| | | Account #: | ******6667 Escrow Account |
| Taxpayer ID #: | **-***5900 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/11/15 | | Lamberth, Cifelli, Stokes, Ellis & Nason, P.A. | Earnest money deposit for sale of Assets ##5, 6, and 7 received from Willow Group, Ltd. | 1180-002 | 150,000.00 | | 150,000.00 |
| 05/15/15 | | N. John Fontana, III | Sale proceeds for sale of Debtor's assets - per Order on Motion to Sell of 6/12/15 (Docket No. 83) | | 150,000.00 | | 300,000.00 |
| | {5} | | Sale proceeds attributable to sale of vehicles as more detailed in Motion to Sell (Docket No. 66) and Order on Motion to Sell of 6/12/15 (Docket No. 83)     $12,000.00 | 1129-000 | | | |
| | {6} | | Sale proceeds attributable to sale of equipment secured by lien of South State Bank as more detailed in Motion to Sell (Docket No. 66) and Order on Motion to Sell of 6/12/15 (Docket No. 83)     $7,000.00 | 1129-000 | | | |
| | {6} | | Sale proceeds attributable to the remaining assets as more detailed in Motion to Sell (Docket No. 66) and Order on Motion to Sell of 6/12/15 (Docket No. 83)     $131,000.00 | 1129-000 | | | |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.52 | 299,748.48 |
| 06/02/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -251.52 | 300,000.00 |
| 06/15/15 | 10101 | Willow Group | Refund of earnest money for sale of Debtor's assets (Assets ##5,6,7) | 8500-000 | | 150,000.00 | 150,000.00 |
| 06/15/15 | | To Account #******6666 | Transfer of earnest money after closing | 9999-000 | | 150,000.00 | 0.00 |
| | | **COLUMN TOTALS** | | | 300,000.00 | 300,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 150,000.00 | |
| | | **Subtotal** | | | 300,000.00 | 150,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$300,000.00** | **$150,000.00** | |

{ } Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared


**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 7

| Case No.: | 15-20487-JRS | Trustee Name: | Albert Nasuti (300052) |
|---|---|---|---|
| Case Name: | A TOUCH OF COUNTRY MAGIC, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******2665 Checking Account |
| Taxpayer ID #: | **-***5900 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 11/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/12/19 | | Transfer Credit from Rabobank, N.A. acct ******6666 | Transition Credit from Rabobank, N.A. acct 5011676666 | 9999-000 | 89,378.24 | | 89,378.24 |
| 09/03/19 | 1000 | Albert F. Nasuti, Trustee | Distribution payment - Dividend paid at 17.88% of $26,791.33; Claim # FEE; Filed: $26,791.33. | 2100-000 | | 4,791.33 | 84,586.91 |
| 09/03/19 | 1001 | Clerk, United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $2,815.00; Claim # ; Filed: $2,815.00. | 2700-000 | | 2,815.00 | 81,771.91 |
| 09/03/19 | 1002 | Stonebridge Accounting & Forensics, LLC | Distribution payment - Dividend paid at 100.00% of $10,678.50; Claim # ; Filed: $10,678.50. | 3410-000 | | 10,678.50 | 71,093.41 |
| 09/03/19 | 1003 | Stonebridge Accounting & Forensics, LLC | Distribution payment - Dividend paid at 100.00% of $320.74; Claim # ; Filed: $320.74. | 3420-000 | | 320.74 | 70,772.67 |
| 09/03/19 | 1004 | Albert F. Nasuti, Trustee | Distribution payment - Dividend paid at 100.00% of $856.38; Claim # ; Filed: $856.38. | 2200-000 | | 856.38 | 69,916.29 |
| 09/03/19 | 1005 | Thompson, O'Brien, Kemp & Nasuti, PC | Distribution payment - Dividend paid at 100.00% of $1,260.91; Claim # ; Filed: $1,260.91. | 3120-000 | | 1,260.91 | 68,655.38 |
| 09/03/19 | 1006 | Office of the United States Trustee | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 13; Filed: $650.00. | 2950-000 | | 650.00 | 68,005.38 |
| 09/03/19 | 1007 | Thompson, O'Brien, Kemp & Nasuti, PC | Distribution payment - Dividend paid at 42.67% of $159,383.00; Claim # ; Filed: $159,383.00. | 3110-000 | | 68,005.38 | 0.00 |
| | | **COLUMN TOTALS** | | | 89,378.24 | 89,378.24 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 89,378.24 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 89,378.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $89,378.24 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**                                           Exhibit 9
                                                     Page: 8

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 15-20487-JRS | | **Trustee Name:** | Albert Nasuti (300052) |
| **Case Name:** | A TOUCH OF COUNTRY MAGIC, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5900 | | **Account #:** | ******2665 Checking Account |
| **For Period Ending:** | 11/25/2019 | | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $620,826.59 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $150,000.00 |
| Net Estate: | $470,826.59 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6666 Checking Account | $320,826.59 | $381,448.35 | $0.00 |
| ******6667 Escrow Account | $300,000.00 | $150,000.00 | $0.00 |
| ******2665 Checking Account | $0.00 | $89,378.24 | $0.00 |
| | **$620,826.59** | **$620,826.59** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)