# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA

|  |  |  |
|---|---|---|
| IN RE: | } | CASE NUMBER |
|  | } | 12-42142-MGD |
|  | } |  |
| THE BERNSTEIN COMPANY, LLC | } | JUDGE DIEHL |
|  | } |  |
| DEBTOR | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY FINANCIAL REPORTS (BUSINESS)
FOR THE PERIOD
FROM 3/1/2015 TO 3/31/2015

Comes now the above-named debtor and files its Periodic Financial Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

The Bernstein Company, LLC
21 Chateau Drive
Rome, GA   30161
Tel.

### Schedule Of Receipts And Disbursements
For The Period Beginning March 1 And Ending March 31, 2015

**Name of Debtor:** The Bernstein Company. LLC      **Case Number:** 12-42142-MGD
**Date of Petition:** July 18, 2012

| COMBINED | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1 FUNDS AT THE BEGINNING OF PERIOD** | 0 (a) | 80,158 (b) |
| **2 RECEIPTS:** | | |
| A. Cash Sales | 0 | 2,737,730 |
| Minus: Cash Refunds | 0 | 874 |
| Net Cash Sales | 0 | 2,736,856 |
| B. Accounts Receivable | | 0 |
| C. Other Receipts (See MOR-3) | 0 | 191,504 |
| **3 TOTAL RECEIPTS (Lines 2A + 2B + 2C)** | 0 | 2,928,360 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 0 | 3,008,518 |
| | | |
| **5 DISBURSEMENTS** | | |
| A Advertising | 0 | 7,358 |
| B Bank Charges | 0 | 58,149 |
| C Contract Labor | 0 | 1,100 |
| D Fixed Asset Payments (not incl. in "N") | 0 | 7,250 |
| E Insurance | 0 | 57,460 |
| F Inventory Payments (See Attach. 2) JOINT CHECKS & PURCHASES | 0 | 0 |
| G Leases | 0 | 0 |
| H Manufacturing Supplies | 0 | 1,353 |
| I Office Supplies | 0 | 19,766 |
| J Payroll - Net (See Attachment 4B) | 0 | 546,483 |
| K Professional Fees (Accounting & Legal) | 0 | 159,835 |
| L Rent Paid/Escrowed | 0 | 114,030 |
| M Repairs & Maintenance | 0 | 59,615 |
| N Secured Creditor Payments (See Attach. 2) | 0 | 461,927 |
| O Taxes Paid - Payroll (See Attachment 4C) | 0 | 118,607 |
| P Taxes Paid - Sales & Use (See Attachment 4C) | 0 | 147,305 |
| Q Taxes Paid - Other (See Attachment 4C) | 0 | 61,037 |
| R Telephone | 0 | 32,774 |
| S Travel & Entertainment | 0 | 71 |
| T U.S. Trustee Quarterly Fees | 0 | 24,375 |
| U Utilities | 0 | 213,283 |
| V Vehicle Expenses | 0 | 125 |
| W Other Operating Expenses (See MOR-3) | 0 | 910,936 |
| **6 TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 0 | 3,002,838 |
| **7 ENDING BALANCE (Line 4 Minus Line 6)** | 0 (c) | 5,680 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and
correct to the best of my knowledge and belief.

This 6th day of ___April___, 2015.

_____
(Signature)

**Assets abandoned 12/19/13 per Court Order Docket # 191**

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

### Schedule Of Receipts And Disbursements
For The Period Beginning March 1 And Ending March 31, 2015

**Name of Debtor:** The Bernstein Company. LLC

**Case Number:** 12-42142-MGD

**Date of Petition:** July 18, 2012

| HAMPTON INN | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1 FUNDS AT THE BEGINNING OF PERIOD** | 0 (a) | 55,390 (b) |
| **2 RECEIPTS:** | | |
| A. Cash Sales | 0 | 2,312,920 |
| Minus: Cash Refunds | 0 | 874 |
| Net Cash Sales | 0 | 2,312,046 |
| B. Accounts Receivable | 0 | 0 |
| C. Other Receipts (See MOR-3) | | 135,344 |
| **3 TOTAL RECEIPTS (Lines 2A + 2B + 2C)** | 0 | 2,447,390 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 0 | 2,502,780 |
| | | |
| **5 DISBURSEMENTS** | | |
| A  Advertising | | 7,358 |
| B  Bank/Merchant Charges | 0 | 42,868 |
| C  Contract Labor | | 1,100 |
| D  Fixed Asset Payments (not incl. in "N") | | 7,250 |
| E  Insurance | | 45,847 |
| F  Inventory Payments (See Attach. 2) JOINT CHECKS & PURCHASES | | 0 |
| G  Leases | | 0 |
| H  Manufacturing Supplies | | 1,353 |
| I   Office Supplies | | 16,386 |
| J   Payroll - Net  (See Attachment 4B) | | 456,009 |
| K  Professional Fees (Accounting & Legal) | | 154,599 |
| L  Rent Paid/Escrowed | | 0 |
| M Repairs & Maintenance | | 53,666 |
| N  Secured Creditor Payments (See Attach. 2) | | 461,927 |
| O  Taxes Paid - Payroll  (See Attachment 4C) | | 112,174 |
| P  Taxes Paid - Sales & Use (See Attachment 4C) | | 128,725 |
| Q  Taxes Paid - Other (See Attachment 4C) | | 17,552 |
| R  Telephone | | 28,248 |
| S  Travel & Entertainment | | 71 |
| T  U.S. Trustee Quarterly Fees | 0 | 24,375 |
| U  Utilities | | 163,061 |
| V  Vehicle Expenses | | 125 |
| W Other Operating Expenses  (See MOR-3) | 0 | 774,407 |
| **6 TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 0 | 2,497,101 |
| **7 ENDING BALANCE (Line 4 Minus Line 6)** | 0 (c) | 5,680 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 6ᵗʰ day of ____April____ , 2015.

_____
(Signature)

**Assets abandoned 12/19/13 per Court Order Docket # 191**

(a)  This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)  This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)  These two amounts will always be the same if form is completed correctly.

## Schedule Of Receipts And Disbursements
For The Period Beginning March 1 And Ending March 31, 2015

**Name of Debtor:** The Bernstein Company. LLC         **Case Number:** 12-42142-MGD
**Date of Petition:** July 18, 2012

| COMFORT SUITES | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1 FUNDS AT THE BEGINNING OF PERIOD** | 0 (a) | 24,768 (b) |
| **2 RECEIPTS:** | | |
| A. Cash Sales | 0 | 424,809 |
| Minus: Cash Refunds | 0 | 0 |
| Net Cash Sales | 0 | 424,809 |
| B. Accounts Receivable | 0 | 0 |
| C. Other Receipts (See MOR-3) | 0 | 56,160 |
| **3 TOTAL RECEIPTS (Lines 2A + 2B + 2C)** | 0 | 480,969 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 0 | 505,737 |
| **5 DISBURSEMENTS** | | |
| A  Advertising | 0 | 0 |
| B  Bank Charges | 0 | 15,281 |
| C  Contract Labor | 0 | 0 |
| D  Fixed Asset Payments (not incl. in "N") | 0 | 0 |
| E  Insurance | 0 | 11,613 |
| F  Inventory Payments (See Attach. 2) JOINT CHECKS & PURCHASE | 0 | 0 |
| G  Leases | 0 | 0 |
| H  Manufacturing Supplies | 0 | 0 |
| I  Office Supplies | 0 | 3,380 |
| J  Payroll - Net  (See Attachment 4B) | 0 | 90,473 |
| K  Professional Fees (Accounting & Legal) | 0 | 5,236 |
| L  Rent Paid/Escrowed | 0 | 114,030 |
| M  Repairs & Maintenance | 0 | 5,949 |
| N  Secured Creditor Payments (See Attach. 2) | 0 | 0 |
| O  Taxes Paid - Payroll  (See Attachment 4C) | 0 | 6,433 |
| P  Taxes Paid - Sales & Use (See Attachment 4C) | 0 | 18,580 |
| Q  Taxes Paid - Other  (See Attachment 4C) | 0 | 43,485 |
| R  Telephone | 0 | 4,526 |
| S  Travel & Entertainment | 0 | 0 |
| T  U.S. Trustee Quarterly Fees | 0 | 0 |
| U  Utilities | 0 | 50,222 |
| V  Vehicle Expenses | 0 | 0 |
| W  Other Operating Expenses  (See MOR-3) | 0 | 136,529 |
| **6 TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 0 | 505,737 |
| **7 ENDING BALANCE (Line 4 Minus Line 6)** | 0 (c) | 0 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ____ day of _____, 2015.

_____
(Signature)

**Assets abandoned 12/19/13 per Court Order Docket # 191**

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**Monthly Schedule Of Receipts And Disbursements (cont'd)**

**Detail of Other Receipts & Other Disbursements**

**OTHER RECEIPTS:**

describe each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Vendor's Compensation-HI | $          - | $          642 |
| Comfort Suites Rent to HI Escrow | $          - | $       67,500 |
| Funds transferred from Comfort Suites to - HI | $          - | $       36,273 |
| Funds transferred from Hampton Inn to - CS | $          - | $       56,160 |
| Funds transferred from Hampton Inn Es to Op | $          - | $       20,001 |
| Funds transferred from Hampton Op to Trustee Oʜ | $          - | $          - |
| Funds transferred from Hampton PR to Trustee Oʜ | $          - | $          - |
| TOTAL OTHER RECEIPTS | $          - | $      180,576 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

**OTHER DISBURSEMENTS:**

| Description | Current Month | Cumulative Petition tʜ |
|---|---|---|
| Debtor's Management Expenses - HI | $          - | $        4,028 |
| Franchise Fees - HI | $          - | $      275,324 |
| Other - HI | $          - | $       19,552 |
| Payroll Service - HI | $          - | $        7,655 |
| Occupancy Tax - HI | $          - | $      126,324 |
| Breakfast Supplies - HI | $          - | $       97,780 |
| Linens/Lodging/Guest Supplies - HI | $          - | $       60,553 |
| Child Support/Garnishments - HI | $          - | $        6,920 |
| Funds transferred to CS Operating Acct. - HI | $          - | $       56,160 |
| Hotel Supplies - HI | $          - | $       45,707 |
| Funds Transferred to Debtor | $          - | $       43,475 |
| Funds transferred to HI Operating Acct. - HI | $          - | $       20,001 |
| Funds transferred from Hampton PR to Trustee Oʜ | $          - | $        1,311 |
| Funds transferred to HI Trustee | $          - | $        9,618 |
| Breakfast Supplies - CS | $          - | $       10,576 |
| Franchise Fees - CS | $          - | $       53,621 |
| Other - CS | $          - | $        1,751 |
| Payroll Service - CS | $          - | $          820 |
| Occupancy Tax - CS | $          - | $       21,974 |
| Funds transferred to HI Operating Acct. - CS | $          - | $       39,664 |
| * Debtor's Management Expenses - CS | $          - | $        1,500 |
| Hotel Supplies - CS | $          - | $        6,623 |
| TOTAL OTHER DISBURSEMENTS | $          - | $      910,936 |

**NOTE:  Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: The Bernstein Company. LLC                    Case Number 12-42142-MGD

For The Period Beginning March 1 And Ending March 31, 2015

ACCOUNTS RECEIVABLE AT PETITION DATE:          $          -          SEE ATTACHED

| | | |
|---|---|---|
| Beginning of Month Balance | $          - | (a) |
| PLUS: Current Month New Billings | - | |
| MINUS: Collection During the Month | | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | - | |
| End of Month Balance | $          - | |

*For any adjustments of Writeoffs provide explanation and supporting documentation, if applicable:
Assets abandoned per Court Order Docket # 191

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable.)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| | | | | $          - | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only this number will be the balance as of the petition date.

(b) This must equal the number reported in the "current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: The Bernstein Company, LLC                Case Number 12-42142-MGD

For The Period Beginning March 1 And Ending March 31, 2015

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer list of payables may be attached provided all information requested below is included.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____ (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):

| | |
|---|---|
| Opening Balance (total from prior report) | $0 (a) |
| PLUS: New Indebtedness Incurred This Month | $0 |
| MINUS: Amount Paid On Post-Petition | $0 |
| Accounts Payable This Month | $0 |
| PLUS/MINUS: Adjustments | $0 * |
| Ending Month Balance | $0 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.
Assets abandoned per Court Order Docket # 191

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $        - (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.

(b,c) The total of line (b) must equal line (c).

(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (PAGE MOR-2, Line 5N).

MOR-5A

ATTACHMENT 3

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  The Bernstein Company, LLC          Case Number 12-42142-MGD

For The Period Beginning March 1 And Ending March 31, 2015

### INVENTORY REPORT

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | - |
| INVENTORY RECONCILIATION: | |
| Inventory Balance at Beginning of Month | - (a) |
| PLUS:  Inventory Purchased During Month | |
| MINUS:  Inventory Used or Sold | |
| PLUS/MINUS:  Adjustments or Write-downs | * |
| Inventory on Hand at End of Month | - |
| METHOD OF COSTING INVENTORY: | $     - |

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 to 12 months | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 35% | 65% | % | % = | 100% * |

*Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:              (b)
(Includes Property, Plant, and Equipment)

BRIEF DESCRIPTION (First Report Only):        Hampton Inn Hotel

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value Beginning of Month | 0 (a)(b) |
| MINUS:  Depreciation Expense | |
| PLUS:  New Purchases | 0 |
| PLUS/MINUS:  Adjustments of Write-downs | 0 * |
| Ending Monthly Balances | 0 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
Assets abandoned per Court Order Docket # 191

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.  Book value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

ATTACHMENT 4A-1

### MONTHLY SUMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   The Bernstein Company, LLC
Case Number:      12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | |
|---|---|
| NAME OF BANK: | SunTrust Bank |
| BRANCH: | Rome |
| ACCOUNT NAME: | OPERATING HI |
| ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | OPERATING Hampton Inn |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | - |
| Minus Total Amount of Outstanding Checks and other Debits | | - |
| Minus Service Charges | | - * |
| Ending Balance per Check Register | | - **(a) |

**\*Debit cards are used by:**          N/A

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash (does not include items reported as Petty Cash on Attachment 4D):  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | Account Closed | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to FLEX Account |
| $ | - | Transferred to INVESTMENT Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4A-2

## MONTHLY SUMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:    The Bernstein Company, LLC
Case Number:        12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:              SunTrust Bank
BRANCH:                    Rome
ACCOUNT NAME:              OPERATING CS
ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:        OPERATING Comfort Inn & Suites

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | - |
| Minus Total Amount of Outstanding Checks and other Debits | | - |
| Minus Service Charges | | - * |
| Ending Balance per Check Register | | - **(a) |

**\*Debit cards are used by:**          **N/A**

**\*\*If Closing Balance is negative, provide explanation:**

NOTE: account closed in May 2013, balance transferred to escrow account

The following disbursements were paid in Cash (does not include items reported as Petty Cash on Attachment 4D):  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | Account Closed | |
| | | | | |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to FLEX Account |
| $ | - | Transferred to INVESTMENT Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4A-3

### MONTHLY SUMARY OF BANK ACTIVITY - TRUSTEE OPERATING ACCOUNT

Name of Debtor:    The Bernstein Company, LLC
Case Number:      12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | |
|---|---|
| NAME OF BANK: | SunTrust Bank |
| BRANCH: | Rome |
| ACCOUNT NAME: | Trustee Operating |
| ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | Trustee Operating |

| | | | |
|---|---|---|---|
| Ending Bank Balance per Bank Statement | | $ | 4,030 |
| Plus Total Amount of Outstanding Deposits | | | |
| Minus Total Amount of Outstanding Checks and other Debits | | | - |
| Minus Service Charges | | | - * |
| Ending Balance per Check Register | | | 4,030   **(a) |

**\*Debit cards are used by:**      **N/A**

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (does not include items reported as Petty Cash on Attachment 4D):**   ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | Account Closed | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to FLEX Account |
| $ | - | Transferred to INVESTMENT Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5A-1

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:          The Bernstein Company, LLC
Case Number:             12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

NAME OF BANK:            SunTrust Bank
BRANCH:                  Rome
ACCOUNT NAME:            OPERATING
ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:      OPERATING Hampton Inn

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
|      | CHECKS |     |         |        |        |
|      |      | Account Closed |  |     |        |
|      |      |       |         | 0.00   |        |
|      | WIRES |      |         |        |        |
|      |      |       |         | 0.00   |        |
|      | Bank Fees / ACHs | |    |        |        |
|      |      |       |         | 0.00   |        |
| Total Disbursements | | |    | 0.00   |        |

**ATTACHMENT 5A-2**

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:                   The Bernstein Company, LLC
Case Number:                      12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

NAME OF BANK:            SunTrust Bank
BRANCH:                  Rome
ACCOUNT NAME:            OPERATING
ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:      OPERATING- Comfort Inn & Suites

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | | Account Closed | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 | |

**ATTACHMENT 5A-3**

### CHECK REGISTER - TRUSTEE OPERATING ACCOUNT

Name of Debtor:            The Bernstein Company, LLC
Case Number:               12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

NAME OF BANK:              SunTrust Bank
BRANCH:                    Rome
ACCOUNT NAME:              Trustee Operating
ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:        Trustee Operating

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
|      |      | Account Closed |  |  |  |
|      |      |  |  | 0.00 |  |
|      | WIRES |  |  |  |  |
|      |      |  |  | 0.00 |  |
|      | Bank Fees / ACHs |  |  |  |  |
|      |      | Service Charge |  | 25.00 |  |
|      |      |  |  | 25.00 |  |
| Total Disbursements |  |  |  | 0.00 |  |

**ATTACHMENT 4B-1**

## MONTHLY SUMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:     The Bernstein Company, LLC
Case Number:        12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015


Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.


| | |
|---|---|
| NAME OF BANK: | SunTrust Bank |
| BRANCH: | Rome |
| ACCOUNT NAME: | PAYROLL HI |
| ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | Payroll Hampton Inn |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other Debits | | - |
| Minus Service Charges | | - * |
| Ending Balance per Check Register | | - **(a) |


**\*Debit cards must not  be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

_____

**The following disbursements were paid in Cash:** ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | Account Closed | |
| | | | | |


**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |


(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4B-2

## MONTHLY SUMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:     The Bernstein Company, LLC
Case Number:        12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | |
|---|---|
| NAME OF BANK: | SunTrust Bank |
| BRANCH: | Rome |
| ACCOUNT NAME: | PAYROLL CS |
| ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | Payroll Comfort Inn & Suites |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | | - |
| Minus Total Amount of Outstanding Checks and other Debits | | - |
| Minus Service Charges | | - * |
| Ending Balance per Check Register | $ | - **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

NOTE: account closed in May 2013, balance transferred to escrow account

**The following disbursements were paid in Cash:** ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | None | | | |
| | | | **Account Closed** | |
| | | | | |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B-1

## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:           The Bernstein Company, LLC
Case Number:              12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

| | |
|---|---|
| NAME OF BANK: | SunTrust Bank |
| BRANCH: | Rome |
| ACCOUNT NAME: | PAYROLL HI |
| ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | Payroll Hampton Inn |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|---|---|---|---|---|---|
| | CHECKS | | | | |
| | | Account Closed | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 | |

**ATTACHMENT 5B-2**

## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:              The Bernstein Company, LLC
Case Number:                 12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

NAME OF BANK:              SunTrust Bank
BRANCH:                   Rome
ACCOUNT NAME:             PAYROLL CS
ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:       Payroll Comfort Inn & Suites

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | CHECKS | | | | |
| | | Account closed | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 | |

ATTACHMENT 4C-1

## MONTHLY SUMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:     The Bernstein Company, LLC
Case Number:        12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | |
|---|---|
| NAME OF BANK: | Suntrust Bank |
| BRANCH: | |
| ACCOUNT NAME: | Hampton Inn of Rome Escrow Acct. |
| ACCOUNT NUMBER: | 1000090142984 |
| PURPOSE OF ACCOUNT: | Escrow for Hampton Inn |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $          - | |
| Plus Total Amount of Outstanding Deposits | - | |
| Minus Total Amount of Outstanding Checks and other Debits | - | |
| Minus Service Charges | | * |
| Ending Balance per Check Register | $          - | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash:** ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | None | | | |
| | | | Account Closed | |
| | | | | |

**The following non-taxdisbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4C-2

## MONTHLY SUMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:     The Bernstein Company, LLC
Case Number:        12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015


Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.


| | |
|---|---|
| NAME OF BANK: | Suntrust Bank |
| BRANCH: | |
| ACCOUNT NAME: | Comfort Suites of Rome Escrow Acct. |
| ACCOUNT NUMBER: | 1000090142919 |
| PURPOSE OF ACCOUNT: | escrow account |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other Debits | - | |
| Minus Service Charges | | * |
| Ending Balance per Check Register | $          - | **(a) |


**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**
Account closed. Overdraft credited in January


The following disbursements were paid in Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | None | | Account Closed | |
| | | | | |
| | | | | |


The following non-taxdisbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |


(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C-1**

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor:                    The Bernstein Company, LLC
Case Number:                       12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

NAME OF BANK:
BRANCH:
ACCOUNT NAME:
ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
|      | CHECKS |     |         |        |        |
|      |      | Account Closed |  | 0.00 |    |
|      | WIRES |     |         |        |        |
|      |      |       |         | 0.00 |    |
|      | Bank Fees / ACHs | |     |        |        |
|      |      |       |         | 0.00 |    |
| Total Disbursements | | |     | 0.00 (d) |    |

### SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | _____ | (a) |
| Sales & Use Taxes Paid | _____ | (b) |
| Other Taxes Paid | _____ | (c) |
| TOTAL | _____ | (d) |

(a) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

ATTACHMENT 5C-2

### CHECK REGISTER - TAX ACCOUNT

Name of Debtor:                 The Bernstein Company, LLC
Case Number:                    12-42142-MGD
For The Period Beginning March 1 And Ending March 31, 2015

NAME OF BANK:
BRANCH:
ACCOUNT NAME:
ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
|      | CHECKS |     |         |        |        |
|      |      | Account Closed |  | 0.00 |        |
|      | WIRES |    |         |        |        |
|      |      |       |         | 0.00 |        |
|      | Bank Fees / ACHs |  |  |        |        |
|      |      |       |         | 0.00 |        |
| Total Disbursements |  |  |  | 0.00 (d) |    |

### SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid |  | (a) |
| Sales & Use Taxes Paid |  | (b) |
| Other Taxes Paid |  | (c) |
| TOTAL |  | (d) |

(a) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 4D**

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase / Sale | Current Market Value |
|---|---|---|---|---|
| | | | | 0 |
| TOTAL | | | | 0 |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/ Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash on Hand at End of Month | **(Column 4)** Difference between Column 2 and Column 3 |
|---|---|---|---|
| | | | $              - |

**TOTAL**

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH   (a + b)**                    _____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  The Bernstein Company, LLC                    Case Number:  12-42142-MGD

For The Period Beginning March 1 And Ending March 31, 2015

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, state sales tax, property tax, unemployment tax, state workman's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |

TOTAL

ATTACHMENT 7

### SUMMARY OF OFFICER AND OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:                        The Bernstein Company                        Case Number   12-42142
For The Period Beginning March 1 And Ending March 31, 2015

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expense, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| NONE | | | |

☐ **Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.**

ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (*attach closing statement*); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

**Assets abandoned per Court Order Docket # 191. Trustee accounting thru 12/19/13.**

We anticipate filing a Plan or Reorganization and Disclosure Statement on or before _____.