### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

|  |  |
|---|---|
| In re: | Case No. 12-42142-MGD |
|  | Chapter 11 |
| The Bernstein Company, LLC, |  |
| Debtor. |  |

### MOTION TO DISMISS

Christopher J. Tierney, the trustee ("Trustee") appointed in the chapter 11 case of The Bernstein Company, LLC ("Debtor"), hereby moves, pursuant to 11 U.S.C. § 1112(b)(1), for dismissal of the above-captioned chapter 11 case.  In support of this Motion, the Trustee shows as follows:

All assets of the Debtor have been administered or abandoned.  This case is administratively insolvent.  No funds remain for the payment of administrative claims or pre-petition creditors.  Conversion of the case to chapter 7 would be superfluous given that no assets remain.  *See In re BH S&B Holdings*, 439 B.R. 342, 349 (Bankr. S.D.N.Y. 2010) (holding that administrative insolvency constitutes "cause" for dismissal under 11 U.S.C. § 1112(b)(1)) (citations omitted).  Consequently, it is in the best interest of creditors and the estate for this case to be dismissed.

///

///

///

///

///

///

WHEREFORE, the Trustee respectfully prays for an order of this Court dismissing this chapter 11 case.

This 10th day of April, 2015.

**BARNES & THORNBURG LLP**

s/ John W. Mills, III
John W. Mills, III
Georgia Bar No. 509705
3475 Piedmont Road N.E., Suite 1700
Atlanta, GA  30305
Phone:  404-264-4030
Fax:  404-264-4033
john.mills@btlaw.com

*Counsel for Christopher J. Tierney, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

Case No. 12-42142-MGD

In re:

Chapter 11

The Bernstein Company, LLC,

         Debtor.

**CERTIFICATE OF SERVICE**

    I, John W. Mills, III, certify that I am over the age of 18 and that on April 10th, 2015 I served a copy of the foregoing by email and First Class U.S. Mail, postage prepaid, on the following persons or entities at the stated addresses:

Martin P. Ochs
Office of the U.S. Trustee
362 Richard Russell Federal Bldg.
75 Spring Street, SW
Atlanta, GA 30303
martin.p.ochs@usdoj.gov

Larry Russell
5195 Clearwater Drive
Stone Mountain, GA 30087
lxr31141@gmail.com

KaRon L. Grimes
The Grimes Law Firm
3965 Holcomb Bridge Road
Suite 200
Peachtree Corners, GA 30092
jubileecounsel@gmail.com

Bryan Knight
One Midtown Plaza
1360 Peachtree Street
Suite 1201
Atlanta, GA 30309

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
Suite 2400
271 17th Street, N.W.
Atlanta, GA 30363-6215

Wendell S. Agee
P. O. Box 2374
Buford, GA 30515-2374

Leslie M. Pineyro
Jones and Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Larry Russell
5195 Clearwater Drive
Stone Mountain, GA 30087

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
Suite 2400
271 17th Street, N.W.
Atlanta, GA 30363-1017

Laureen Tobias
4026 Foxglove Rd
Tucker, GA 30084

Stuart Freeman Wilson-Patton
Tennessee Atty. General's Office
P. O. Box 20207
Nashville, TN 37202-0207

Branch Banking & Trust Company
c/o John A. Thomson, Jr.
c/o Womble Carlyle Sandridge & Rice,
LLP
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-6215

Branch Banking & Trust Company
c/o John A. Thomson, Jr., Esq.
271 17th Street, N.W.
Suite 2400
Atlanta, GA 30363-6215

Choice Hotels International
PO Box 99992
Chicago, IL 60696-7792

Community National Bank
P.O. Box 638
Rossville, GA 30741-0638

Community National Bank
316 Chickamauga Ava.
Rossville, Ga 30741-1306

Hamilton County Trustee
Attn: Bankruptcy Dept.
625 Georgia Avenue, Room 210
Chattanooga, TN 37402-1494

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

JDH Developers a/k/a
Comfort Inn & Suites of Rome, GA, LLC.
3939 Royal Drive
Suite 222
Kennesaw, GA 30144-6486

Bryan Knight
One Midtown Plaza
1360 Peachtree Street
Suite 1201
Atlanta, GA 30309-3222

North American Bancard,
250 Stephenson Hwy
Troy, MI 48083-1117

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

TN Dept. of Labor & Workforce Dev-
Unemployment
c/o TN Atty General, Bankruptcy Div.
PO Box 20207
Nashville, TN 37202-4015

Tennessee Department of Labor and
Workforce
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The Bernstein Company, LLC
21 Chateau Drive
Rome, GA 30161-7202

Christopher Tierney
Hays Financial Consulting, LLC
3343 Peachtree Road
Suite 200
Atlanta, GA 30326-1420

U. S. Securities and Exchange
Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

Stuart Freeman Wilson-Patton
Tennessee Atty. General's Office
P. O. Box 20207
Nashville, TN 37202-4015

Office of the US Trustee
362 Russell Bldg
75 Spring Street SW
Atlanta, GA 30303-3330


/s/ John W. Mills, III