**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| In re:<br><br>The Bernstein Company, LLC,<br><br>                  Debtor. | Case No. 12-42142-MGD<br><br>Chapter 11 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Christopher J. Tierney, the trustee (the "Trustee") appointed in the above-captioned chapter 11 case of The Bernstein Company, LLC (the "Debtor"), has filed a *Motion to Dismiss* [ECF No. 244] (the "Motion to Dismiss") seeking an Order dismissing the chapter 11 because all assets of the Debtor have been administered or abandoned and because the estate is administratively insolvent.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Dismiss in Courtroom 342, United States Courthouse, 600 East First Street, **Rome**, **Georgia,** at **9:25 a.m.** on **June 3, 2015**.

Your rights may be affected by the Court's ruling on the Motion to Dismiss. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in this pleading or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is

received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, 600 East First Street, Rome, Georgia.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 24, 2015                                         **BARNES & THORNBURG LLP**

s/ John W. Mills, III
John W. Mills, III
Georgia Bar No. 509705
Barnes & Thornburg, LLP
3475 Piedmont Road N.E., Suite 1700
Atlanta, GA  30305-2954
Phone:  404-264-4030
Fax:  404-264-4033
john.mills@btlaw.com

*Counsel for Christopher J. Tierney,
Chapter 11 Trustee*

2

# CERTIFICATE OF SERVICE

I, John W. Mills, III, certify that I am over the age of 18 and that on April 24th, 2015 I served a copy of the foregoing by email and First Class U.S. Mail, postage prepaid, on the following persons or entities at the stated addresses:

Martin P. Ochs
Office of the U.S. Trustee
362 Richard Russell Federal Bldg.
75 Spring Street, SW
Atlanta, GA 30303
martin.p.ochs@usdoj.gov

Larry Russell
5195 Clearwater Drive
Stone Mountain, GA 30087
lxr31141@gmail.com

KaRon L. Grimes
The Grimes Law Firm
3965 Holcomb Bridge Road
Suite 200
Peachtree Corners, GA 30092
jubileecounsel@gmail.com

Bryan Knight
One Midtown Plaza
1360 Peachtree Street
Suite 1201
Atlanta, GA 30309

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

John W. Mills, III
Barnes & Thornburg LLP
Suite 1700
3475 Piedmont Road, NE
Atlanta, GA 30305

Wendell S. Agee
P. O. Box 2374
Buford, GA 30515-2374

Leslie M. Pineyro
Jones and Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Larry Russell
5195 Clearwater Drive
Stone Mountain, GA 30087

John A. Thomson, Jr.
Womble Carlyle Sandridge & Rice, PLLC
Suite 2400
271 17th Street, N.W.
Atlanta, GA 30363-1017

Laureen Tobias
4026 Foxglove Rd
Tucker, GA 30084

Stuart Freeman Wilson-Patton
Tennessee Atty. General's Office
P. O. Box 20207
Nashville, TN 37202-0207

Branch Banking & Trust Company
c/o John A. Thomson, Jr.
c/o Womble Carlyle Sandridge & Rice, LLP
271 17th Street, N.W., Suite 2400
Atlanta, GA 30363-6215

Branch Banking & Trust Company
c/o John A. Thomson, Jr., Esq.
271 17th Street, N.W.
Suite 2400
Atlanta, GA 30363-6215

Choice Hotels International
PO Box 99992
Chicago, IL 60696-7792

Community National Bank
P.O. Box 638
Rossville, GA 30741-0638

Community National Bank
316 Chickamauga Ava.
Rossville, Ga 30741-1306

Hamilton County Trustee
Attn: Bankruptcy Dept.
625 Georgia Avenue, Room 210
Chattanooga, TN 37402-1494

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

JDH Developers a/k/a
Comfort Inn & Suites of Rome, GA, LLC.
3939 Royal Drive
Suite 222
Kennesaw, GA 30144-6486

Bryan Knight
One Midtown Plaza
1360 Peachtree Street
Suite 1201
Atlanta, GA 30309-3222

North American Bancard,
250 Stephenson Hwy
Troy, MI 48083-1117

4

| | |
|---|---|
| Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | TN Dept. of Labor & Workforce Dev-Unemployment<br>c/o TN Atty General, Bankruptcy Div.<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| Tennessee Department of Labor and Workforce<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 |
| The Bernstein Company, LLC<br>21 Chateau Drive<br>Rome, GA 30161-7202 | Christopher Tierney<br>Hays Financial Consulting, LLC<br>3343 Peachtree Road<br>Suite 200<br>Atlanta, GA 30326-1420 |
| U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | Stuart Freeman Wilson-Patton<br>Tennessee Atty. General's Office<br>P. O. Box 20207<br>Nashville, TN 37202-4015 |
| Office of the US Trustee<br>362 Russell Bldg<br>75 Spring Street SW<br>Atlanta, GA 30303-3330 | John A. Thomson, Jr.<br>Womble Carlyle Sandridge & Rice, PLLC<br>Suite 2400<br>271 17th Street, N.W.
Atlanta, GA 30363-6215 |

/s/ John W. Mills, III

INDS01 1509189v1

5